LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
DAVID A. MARKMAN, ESQ.
Nevada Bar No. 12440
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
dmarkman@lipsonneilson.com

*Attorneys for Defendant CANYON TRAILS HOMEOWNERS ASSOCIATION*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR, GSAA HOME EQUITY TRUST 2006-17, ASSET-BACKED CERTIFICATE SERIES 2006-17,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD KIELTY TRUST; an entity of unknown form; CANYON TRAILS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; TERRA WEST COLLECTIONS GROUP d/b/a ASSESSMENT MANAGEMENT SERVICES; DOE INDIVIDUALS I through X; and ROE CORPORATIONS I through X, inclusive<br><br>Defendants.<br><hr><br>EDWARD KIELTY TRUST, a Nevada Trust,<br><br>Counterclaimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA | CASE NO.: 2:17-cv-01759-RFB-PAL<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT OF DEFENDANT CANYON TRAILS HOMEOWNERS ASSOCIATION [ECF NO. 21]** |

HOME EQUITY TRUST 2006-17, ASSET-BACKED CERTIFICATES SERIES 2006-17,

Counterdefendant.

## STIPULATION AND ORDER TO SET ASIDE DEFAULT OF CANYON TRAILS HOMEOWNERS ASSOCIATION

COMES NOW Defendant CANYON TRAILS HOMEOWNERS ASSOCIATION ("HOA") by and through its undersigned attorney, and DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE for GSAA HOME EQUITY TRUST 2006-17, ASSET-BACKED CERTIFICATES SERIES 2006-17 ("DEUTSCHE BANK" or "PLAINTIFFS"), by and through its counsel of record, Lindsay D. Robbins of WRIGHT, FINLAY, & ZAK, LLP, (collectively, the "Parties") hereby stipulate and agree as follows:

1. Plaintiffs DEUTSCHE BANK filed their Complaint on June 26, 2017.
2. Plaintiffs filed a Motion for Entry of Default against CANYON TRAILS HOMEOWNERS ASSOCIATION ("HOA") on October 6, 2017 [ECF No. 20].
3. The Clerk entered Default against HOA on October 10, 2017 [ECF No. 21].
4. The Parties desire to have this matter heard on the merits.
5. The Parties have stipulated to set aside the Default entered against HOA.
6. The Parties stipulate that HOA will file a response in this matter by December 26, 2017 or default will again be entered against HOA.

/ / /

/ / /

/ / /

DATED this 19th day December, 2017.

| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. | WRIGHT, FINLAY & ZAK, LLP |
|---|---|
| /s/ David A. Markman<br>By:_____<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>DAVID A. MARKMAN, ESQ.<br>Nevada Bar No. 12440<br>9900 Covington Cross Dr., Suite 120<br>Las Vegas, NV 89144<br>(702) 382-1500 – Phone<br><br>*Attorneys for Canyon Trails Homeowners Association* | /s/ Lindsay D. Robbins<br>By:_____<br>DANA JONATHON NITZ, ESQ.<br>Nevada Bar No. 0050<br>LINDSAY D. ROBBINS, ESQ.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964 – Phone<br><br>*Attorneys for Plaintiff/Counterdefendant Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-17, Asset-Back Series 2006-17* |

**ORDER**

IT IS SO ORDERED.

DATED this 21st day of December, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge