1  WRIGHT, FINLAY & ZAK, LLP
   Dana Jonathon Nitz, Esq.
2  Nevada Bar No. 0050
3  Lindsay D. Robbins, Esq.
   Nevada Bar No. 13474
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  Phone: (702) 475-7964; Fax: (702) 946-1345
6  dnitz@wrightlegal.net
   lrobbins@wrightlegal.net
7  *Attorneys for Plaintiff/Counterdefendant Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-17, Asset-Backed Series 2006-17*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-17, ASSET-BACKED CERTIFICATES SERIES 2006-17,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD KIELTY TRUST; an entity of unknown form; CANYON TRAILS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; TERRA WEST COLLECTIONS GROUP, LLC d/b/a ASSESSMENT MANAGEMENT SERVICES; DOE INDIVIDUALS 1 through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants.<br><br>EDWARD KIELTY TRUST, a Nevada Trust,<br><br>Counterclaimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA | Case No.:  2:17-CV-01759-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY FOR THE SOLE PURPOSE OF TAKING DEPOSITIONS**<br><br>**(First Request)** |

HOME EQUITY TRUST 2006-17, ASSET-BACKED CERTIFICATES SERIES 2006-17,

Counterdefendant.

COMES NOW Plaintiff/Counterdefendant, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-17, ASSET-BACKED CERTIFICATES SERIES 2006-17 (hereinafter "Deutsche"), Defendant/Counterclaimant, EDWARD KIELTY TRUST (hereinafter "EKT"), and Defendant, CANYON TRAILS HOMEOWNERS ASSOCIATION ("HOA"), by and through their undersigned and respective counsel, and hereby stipulate and agree to a thirty (30) day extension to the discovery deadline and dispositive motion deadline for the sole purpose of deposing the HOA and Deutsche Bank.

**I.  DISCOVERY COMPLETED BY THE PARTIES**

1. The HOA's Initial Disclosures pursuant to F.R.C.P. 26(a);
2. EKT's Initial Disclosures pursuant to F.R.C.P. 26(a);
3. Deutsche Bank's Initial Disclosures pursuant to F.R.C.P. 26(a);
4. The HOA's Interrogatories, Requests for Production, and Requests for Admission to Deutsche Bank;
5. Kielty's Interrogatories, Requests for Production, and Requests for Admission to Deutsche Bank;
6. Deutsche Bank's Initial Expert Disclosure
7. The HOA's Rebuttal Expert Disclosure
8. Deutsche Bank's Interrogatories, Requests for Production, and Requests for Admission to the HOA and Kielty.
9. The deposition of EKT's 30(b)(6) witness.
10. The deposition of HOA Trustee's 30(b)(6) witness.

## II. DISCOVERY TO BE COMPLETED IN THE FUTURE

1. The deposition of a witness for the HOA, originally scheduled to be held on February 1, 2018.

2. Deutsche Bank's responses to the HOA's Interrogatories, Requests for Production, and Requests for Admission, currently due on February 8, 2018.

3. The HOA's responses to Deutsche Bank's Interrogatories, Requests for Production, and Requests for Admission, currently due on February 8, 2018.

4. The deposition of Deutsche Bank's 30(b)(6) witness, currently scheduled for February 8, 2018.

## III. REASONS THAT DISCOVERY WAS NOT TIMELY COMPLETED

The parties seek an extension for the limited purpose of conducting depositions of the FRCP Rule 30(b)(6) witness for the HOA and Deutsche Bank. A deposition of the HOA was originally scheduled for February 1, 2018; however, due to an inadvertent mistake, it needs to be rescheduled. In addition, the deposition of the 30(b)(6) witness for Deutsche Bank, currently scheduled on the discovery cut-off date, needs to be rescheduled for a date after the close of discovery due to scheduling conflicts of the witness. Based thereon, the parties are unable to complete these depositions within the existing discovery deadline, which is currently on February 2, 2018.

## IV. REASONS WHY DISCOVERY SHOULD BE EXTENDED:

Regarding the requested extension of discovery, good cause exists to extend the discovery deadline thirty (30) days for the limited purpose of deposing the HOA and Deutsche Bank. Good cause to extend the discovery cutoff exists "if it cannot reasonably be met despite the diligence of the party seeking the extension." *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608-09 (9th Cir. 1992). Here, Deutsche noticed the deposition of the HOA within the discovery period, however the witness was able to attend, requiring the rescheduling of the deposition. Additionally, due to scheduling conflicts, the FRCP 30(b)(6) witness cannot appear for deposition until after the current discovery deadline.

1 **V.** **PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY**

The parties propose that all dates in the current Stipulated Discovery Plan and Scheduling Order, filed on October 6, 2017, be amended as follows:

1. Discovery cut-off:   currently February 8, 2018, desired March 12, 2018.
2. Dispositive Motions:  currently March 12, 2018, desired April 11, 2018.

## VI. CERTIFICATE OF CONFERENCE

Counsel for all appearing parties has conferred in-person with respect to these issues. All counsel have signed below, thereby indicating their approval of the instant Stipulation to Extend Discovery and Dispositive Motion Deadline and do not request a conference before the Court prior to entry of a new Scheduling Order. This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 7th day of February, 2018.

WRIGHT, FINLAY & ZAK, LLP

  /s/ Lindsay D. Robbins, Esq.
Lindsay D. Robbins, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-17, Asset-Backed Series 2006-17*

DATED this 7th day of February, 2018.

AYON LAW, PLLC

  /s/ Allison R. Schmidt, Esq. for
Luis A. Ayon, Esq.
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
*Attorneys for Edward Kielty Trust*

DATED this 7th day of February, 2018.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

 /s/ David A. Markman, Esq.
J. William Ebert, Esq.
Nevada Bar No. 2697
David A. Markman, Esq.
Nevada Bar No. 12440
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorney for Canyon Trails Homeowners Association*

## ORDER

**IT IS SO ORDERED.**

DATED this 9th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE